# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**TIEDRICE HOLLAND,**

    **Plaintiff,**

    **v.**                              **Case No. 17-cv-785**

**GREGG MILIACCA, et al.,**

    **Defendants.**

---

## DECISION AND ORDER DISMISSING CASE WITH PREJUDICE

---

On April 3, 2018, I ordered Holland to inform the court in writing of his intention with regard to litigating this case and to respond to defendants' discovery requests by April 20, 2018. I cautioned him that, if he did not comply with my order, I would dismiss his case with prejudice based on his failure to diligently prosecute it. *See* Civil L.R. 41(c).

To date, Holland has not notified the court of his intentions, and, according to defendants, he did not respond to their discovery requests (Docket # 25). Accordingly, I infer that he no longer wishes to continue prosecuting this case.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** based on Holland's failure to diligently prosecute it. The clerk's office will enter judgment accordingly.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within 30 days of the entry of judgment. *See* Fed. R. of App. P. 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause

or excusable neglect for not being able to meet the 30-day deadline. *See* Fed. R. App. P. 4(a)(5)(A).

Under certain circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within 28 days of the entry of judgment. The court cannot extend this deadline. *See* Fed. R. Civ P. 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. *See* Fed. R. Civ. P. 6(b)(2).

A party is expected to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated in Milwaukee, Wisconsin, this 25th day of April, 2018.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge